David J. Feldman, Esq.
Nevada Bar No. 5947
FELDMAN GRAF, P.C.
8845 West Flamingo Rd., Suite 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
Mid-Century Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD IGARTUA,<br><br>Plaintiff,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY;<br>DOES I through X; and ROE<br>CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00849-JAD-CWH<br><br>ECF No. 65 |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiff Richard Igartua, by and through his counsel of record, Tracy A. Eglet, Esq. of the law office of EGLET PRINCE, and Defendants Mid-Century Insurance Company, by and through their counsel of record, David J. Feldman, Esq. of the law office of Feldman Graf, P.C., that Case No. 2:16-cv-00849-JAD-CWH entitled *Richard Igartua v. Mid Century Insurance*

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
Re: *Richard Igartua v. Mid-Century Insurance Company*
Case No. 2:16-cv-00849-JAD-CWH

*Company, et al.*, is hereby dismissed with prejudice and that all parties agree to bear their own attorneys' fees and costs and any interest.

**IT IS SO STIPULATED.**

Dated: August 22, 2017                                    Dated: 8/22/17

_____ #6551                              _____
Dennis M. Prince, Esq.                                    FELDMAN GRAF, P.C.
Nevada Bar No. 5092                                       David J. Feldman, Esq.
Tracy A. Eglet, Esq.                                      Nevada Bar No. 5947
Nevada Bar No. 6419                                       8845 W. Flamingo Road, Suite 110
EGLET PRINCE                                              Las Vegas, Nevada 89147
400 South Seventh Street, 4th Floor                       Telephone: (702) 949-5096
Las Vegas, NV 89101                                       Attorneys for Defendant
Telephone: (702) 450-5400                                 Farmers Insurance Exchange
Attorneys for Plaintiff Richard Igartua

## ORDER

Based on the parties' stipulation [ECF No. 65] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each side to bear its own fees and costs. The pending motion for reconsideration **[ECF No. 63] is DENIED** as moot. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
August 22, 2017